Peter Siachos
Gigio K. Ninan
GORDON & REES LLP
18 Columbia Turnpike, Suite 220
Florham Park, New Jersey 07932-1047
(973) 549-2500
*Attorneys for Defendants*
*The Clorox Company,*
*Clorox Services Company, and*
*Burt's Bees, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - x
NU-WORLD CORPORATION,     :   *Electronically Filed*
                          :
                          :   2:15-cv-02346-JLL-JAD
            Plaintiff,    :
    v.                    :   **NOTICE OF MOTION BY**
                          :   **DEFENDANTS THE CLOROX**
THE CLOROX COMPANY, CLOROX:   **COMPANY, CLOROX SERVICES**
SERVICES COMPANY, AND BURT'S : **COMPANY, AND BURT'S BEES,**
BEES, INC.                :   **INC. TO COMPEL ARBITRATION**
                          :
                          :   Oral Argument Requested
            Defendants.   :
                          :
- - - - - - - - - - - - - - - - - - x

TO:   LOWENSTEIN SANDLER LLP
      Michael T.G. Long
      65 Livingston Avenue
      Roseland, NJ 07068
      973-597-2500

PLEASE TAKE NOTICE that on May 18, 2015, at 9 a.m., or as soon thereafter as counsel may be heard, Defendants The Clorox Company, Clorox Services Company, and Burt's Bees, Inc. (collectively, "Clorox") shall move before the Honorable Jose L. Linares, U.S.D.J., United District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order

1

compelling Plaintiff Nu-World Corporation to arbitrate its claims, dismissing the instant litigation, or alternatively, staying all further proceedings in this action pending arbitration.

PLEASE TAKE FURTHER NOTICE that Clorox shall rely upon the Memorandum of Law and Declaration of John Wooten with Exhibits filed herewith, and all pleadings and other documents of record in this action.

PLEASE TAKE FURTHER NOTICE that Clorox requests oral argument in the event any opposition or response to the motion is timely filed.

Respectfully submitted,

GORDON & REES LLP
*Attorneys for Defendants*
*The Clorox Company, Clorox Services Company, and Burt's Bees, Inc.*

*s/Peter Siachos*
Peter G. Siachos
Gigio K. Ninan
GORDON & REES LLP
18 Columbia Turnpike, Suite 220
Florham Park, New Jersey 07932-1047
(973) 549-2500
psiachos@gordonrees.com

Dated: April 23, 2015